IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 17-40397 |
| SAMRA, AMANDA HOLLEMAN | * | |
| | * | CHAPTER 7 CONVERSION |
| Debtor | * | |

## AMENDMENT

Comes now the Debtor in the above-styled action and files this Amendment to the Petition and respectfully shows to the Court as follows:

1.

That the Petition be amended to add the following unsecured claims on Schedule E/F:

Hughston Clinic
PO Box 14099
Belfast, ME 04915
Amount Claimed: $1480.00

St. Francis Physicians Practice
Attention: 17144W
PO Box 14000
Belfast, ME 04915
Amount Claimed: $18.00

Jack Hughston Hospital
Attention: DFS
4401 River Chase Dr
Phenix City, AL 36867
Amount Claimed: $357.00

Southern Emergency Group
c/o United Collection Bureau
PO Box 140190
Toledo, OH 43614
Amount Claimed: $233.00

Valley Radiology
PO Box 3219
Indianapolis, IN 46206
Amount Claimed: $499.00

Midtown Medical Center
PO Box 740771
Cincinnati, PH 45274
Amount Claimed: $1,377.00

InPhynet Primary Care
c/o Wakefield Associates
PO Box 50250
Knoxville, TN 37950
Amount Claimed: $1,430.00

Sprint
c/o Source Receivables Management
PO Box 4068
Greensboro, NC 27404
Amount Claimed: $1,267.00

Max Trainer
c/o Collection Receivables
1835 Central Avenue
Augusta, GA 30904
Amount Claimed: $1,701.00

Amplify Funding
4720 E Cotton Am Loop Ste 135
Phoenix, AX 85040
Amount Claimed: $1,665.00

Money Lion
PO Box 1547
Sandy, UT 84091
Amount Claimed: $508.00

Capital One
PO Box 71083
Charlotte, NC 28272
Amount Claimed: $449.00

Indigo
PO Box 23039
Columbus, GA 31902
Amount Claimed: $360.00

Fortiva
PO Box 790156
Saint Louis, MO 63179
Amount Claimed: $532.00

Kay Jewelers
PO Box 23026
Columbus, GA 31902
Amount Claimed: $830.00

Jared
PO Box 23026
Columbus, GA 31902
Amount Claimed: $409.00

Max Fitness
PO Box 2826
Columbus, GA 31902
Amount Claimed: $1,050.00

WHEREFORE, the Debtor prays that the Petition be amended as requested.

Respectfully submitted,

/s/Brace W. Luquire
BRACE W. LUQUIRE
Georgia State Bar No. 461400
Attorney for Debtor
821 Third Avenue
Columbus, Georgia 31901
(706) 322-8557
BraceLaw@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

IN RE:     *    CASE NO. 17-40397
SAMRA, AMANDA HOLLEMAN     *
    *    CHAPTER 7 CONVERSION
Debtor     *

**CERTIFICATE OF SERVICE**

I, Brace W. Luquire, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that on the ___26th___ day of ___March___, 2019, I served a copy of the within Amendment on the parties against who relief is sought as follows:

Hughston Clinic
PO Box 14099
Belfast, ME 04915

St. Francis Physicians Practice
Attention: 17144W
PO Box 14000
Belfast, ME 04915

Jack Hughston Hospital
Attention: DFS
4401 River Chase Dr
Phenix City, AL 36867

Southern Emergency Group
c/o United Collection Bureau
PO Box 140190
Toledo, OH 43614

Valley Radiology
PO Box 3219
Indianapolis, IN 46206

Midtown Medical Center
PO Box 740771
Cincinnati, PH 45274

InPhynet Primary Care
c/o Wakefield Associates
PO Box 50250
Knoxville, TN 37950

Sprint
c/o Source Receivables Management
PO Box 4068
Greensboro, NC 27404

Max Trainer
c/o Collection Receivables
1835 Central Avenue
Augusta, GA 30904

Amplify Funding
4720 E Cotton Am Loop Ste 135
Phoenix, AX 85040

Money Lion
PO Box 1547
Sandy, UT 84091

Capital One
PO Box 71083
Charlotte, NC 28272

Indigo
PO Box 23039
Columbus, GA 31902

Fortiva
PO Box 790156
Saint Louis, MO 63179

Kay Jewelers
PO Box 23026
Columbus, GA 31902

Jared
PO Box 23026
Columbus, GA 31902

Max Fitness
PO Box 2826
Columbus, GA 31902

by depositing in the United States mail, a copy of the same in a properly addressed envelope with adequate postage thereon to insure delivery unless service was perfected by electronic means.

I certify under penalty of perjury that the foregoing is true and correct.

  /s/ Brace W. Luquire
BRACE W. LUQUIRE
Georgia State Bar No. 461400
Attorney for Debtor
821 Third Avenue
Columbus, Georgia 31901
(706) 322-8557
BraceLaw@aol.com