IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 17-40397 |
| SAMRA, AMANDA HOLLEMAN | * | |
| | * | CHAPTER 7 CONVERSION |
| Debtor | * | |

### CHAPTER 7 DEBTOR'S STATEMENT OF INTENTIONS

1.

I, AMANDA HOLLEMAN SAMRA, the Debtor, has filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.

My intentions with respect to the property of the estate which secures those consumer debts is as follows:

(a) Property to be SURRENDERED (list property, creditor):

NONE

(b) Property to be RETAINED:   (list property, creditor, method of retention- reaffirm, redeem, etc.):

2015 Nissan Altima - Regional Acceptance - Reaffirm

3.

I understand that Sec. 521(2)(b) of the Bankruptcy Code requires that I perform the above stated intentions within 45 days of the filing of this statement with the court, or within any extension of the 45 day period which the court may grant.

    /s/Amanda Holleman Samra
AMANDA HOLLEMAN SAMRA
Debtor